IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MEA J. JIMERSON o.b.o. M.C.A. (a minor), | ) ) ) |
| Plaintiff, | ) ) ) Case No. 23-00357-CV-W-WBG |
| vs. | ) ) |
| MARTIN J. O'MALLEY, Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) |

## JUDGMENT IN A CIVIL CASE

\_\_\_ Jury Verdict. This action came before the Court for a trial by jury.

_X_ Decision by Court. This action came to trial or hearing before the Court.

The issues have been determined and a decision has been made.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Order entered by the Honorable W. Brian Gaddy on September 3, 2024, the Acting Commissioner's decision is **REVERSED AND REMANDED**.

Date: September 3, 2024        PAIGE WYMORE-WYNN
                               Clerk of Court


                               */s/ Melissa Nolte*
                               By: Melissa Nolte, Courtroom Deputy Clerk