IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MEA J. JIMERSON o.b.o. M.C.A. (a minor), | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 23-00357-CV-W-WBG |
| vs. | ) |
| | ) |
| CAROLYN W. COLVIN,[1] | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

\_\_\_ Jury Verdict. This action came before the Court for a trial by jury.

 X  Decision by Court. This action came to trial or hearing before the Court.

The issues have been determined and a decision has been made.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Order entered by the Honorable W. Brian Gaddy on December 10, 2024, Plaintiff's Application for Attorney's Fees is **GRANTED**.

Date: December 10, 2024

PAIGE WYMORE-WYNN
Clerk of Court

*/s/ Melissa Nolte*
By: Melissa Nolte, Courtroom Deputy Clerk

---

[1] Pursuant to 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin, who became the Acting Commissioner of Social Security on November 30, 2024, is automatically substituted as Defendant in this suit.